IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 7 – 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01790-OES

MYRON RAY CARTER,

    Applicant,

v.

JOE ORTIZ, Director, Colorado Department of Corr.,

    Respondent.

## ORDER

This matter is before the Court on the letter to the Honorable Chief Judge Lewis T. Babcock that Applicant Myron Ray Carter submitted and the Court filed on September 27, 2005. In the letter, Mr. Carter indicates that the motion titled "Motion to Amend Missing Exhibits From Original Pleading," which he submitted and the Court filed on September 9, 2005, and the document titled "Notice of Motion," which he submitted and the Court filed on September 20, 2005, should have been filed in the instant action and not in *Carter v. Ortiz*, No. 02-cv-02050-ZLW.

The clerk of the Court will be directed to file the document titled "Notice of Motion" and the motion titled "Motion to Amend Missing Exhibits From Original Pleading" erroneously filed in 02-cv-02050-ZLW in the instant action. The motion to amend will be denied as moot because on October 3, 2005, Magistrate Judge O. Edward Schlatter ordered Mr. Carter within thirty days to file an amended application and to show cause in the instant action.

In the future, Mr. Carter is directed to include the docket number on any document he files in this Court, and if no docket number is available, to wait to file any additional documents until a docket number is assigned. In addition, Mr. Carter is reminded that Rule 77.2 of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil concerning *ex parte* communications forbids him from sending letters "directly to a judicial officer." Any communications Mr. Carter wishes to call "to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys." Accordingly, it is

ORDERED that the clerk of the Court is directed to file in the instant action the motion titled "Motion to Amend Missing Exhibits From Original Pleading" and the document titled "Notice of Motion" erroneously filed in 02-cv-02050-ZLW on September 9 and 20, 2005, respectively. It is

FURTHER ORDERED that the motion titled "Motion to Amend Missing Exhibits From Original Pleading" is denied as moot because on October 3, 2005, Magistrate Judge O. Edward Schlatter ordered Mr. Carter within thirty days to file an amended application and to show cause in the instant action. It is

FURTHER ORDERED that Mr. Carter is directed to include the docket number on any document he files in this Court in the future, and if no docket number is available, he is directed to wait to file any additional documents until a docket number is assigned. It is

FURTHER ORDERED that Mr. Carter comply with Rule 77.2 of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil concerning *ex parte* communications, which forbids him from sending letters "directly to

a judicial officer." In the future, any communications Mr. Carter wishes to call "to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys." It is

FURTHER ORDERED that a copy of this order be filed in 02-cv-02050-ZLW.

DATED at Denver, Colorado, this \_7\_ day of \_October\_, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01790-OES

Myron Carter
Prisoner No. 58637
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

copy of filed in 02-cv-02050-ZLW

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10-7-05

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk