```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
```

05-CV-1790-EOS

MYRON RAY CARTER, IN PRO SE
          Petitioner,

v.

JOE ORTIZ, et al.,
          Respondents.

```
FILED
UNITED STATES DISTRICT COURT
      DENVER, COLORADO

     NOV 23 2005

  GREGORY C. LANGHAM
              CLERK
```

---

## NOTICE OF CHANGE OF ADDRESS

---

   COMES NOW the Petitioner, Myron R. Carter, and respectfully submits the following change of address and is indicated below:

   New Address:

   MYRON R. CARTER, IN PRO SE
   PRISON REGISTER NUMBER 58637
   KIT CARSON CORRECTIONAL CENTER
   P. O. BOX 2000
   BURLINGTON, COLORADO  80807


Done this 22nd day of November 2005 at Burlington, Colorado

                                   _____
                                   Myron R. Carter, In Pro Se


22 November 2005